# Court of Appeals
# of the State of Georgia

ATLANTA, __January 07, 2020__

*The Court of Appeals hereby passes the following order:*

### A20E0022.  SOUTH VENTURE INVESTMENT GROUP, LLC v. PENDER CAPITAL ASSET BASED LENDING FUND I, LP, et al.

Appellant has filed an emergency motion pursuant to Court of Appeals Rule 40 (b), requesting that this Court intervene to prevent a foreclosure on Appellant's property.[1] Pursuant to Rule 40 (b), this Court shall exercise this power "sparingly." Appellant contends that a post-foreclosure remedy will not fully restore Appellant's rights because the foreclosure will negatively impact Appellant's relationship with its tenants. However, Appellant has failed to show that a stay of the foreclosure is necessary to preserve this Court's jurisdiction over the appeal or to prevent the contested issue from becoming moot as required for this Court to exercise its authority under Rule 40 (b). Accordingly, this motion is hereby DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__01/07/2020_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] The foreclosure sale was scheduled for 10:00 a.m. on January 7, 2020, the date Appellant filed its motion. Appellant has also filed a notice of appeal of the trial court's order, dated January 6, 2020, denying Appellant's emergency motion for interlocutory injunction to forestall foreclosure.